UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

### CLERK'S MINUTES

| CASE NO.: | 8:25-cr-299-VMC-NHA | DATE: | June 23, 2025 |
|---|---|---|---|
| **HONORABLE AMANDA A. SANSONE** | | INTERPRETER: | N/A |
| | | LANGUAGE: | N/A |
| UNITED STATES OF AMERICA<br><br>v.<br><br>LEO JOSEPH GOVONI<br>JOHN LEO WITECK | | **GOVERNMENT COUNSEL**<br>Michael Gordon – AUSA | |
| | | **DEFENSE COUNSEL**<br>Paul Sisco for Leo Joseph Govoni<br>Matthew Mueller for John Leo Witeck | |
| COURT REPORTER: | DIGITAL | DEPUTY CLERK: | Jeremiah Smith |
| TIME | 3:01 PM – 4:44 PM | TOTAL: 1 Hour 43 Minutes | PRETRIAL: |
| | | | COURTROOM: 10B |

**PROCEEDINGS: INITIAL APPEARANCE**

Defendants were provided with a copy of the Indictment.

Michael Gordon summarized the charges to the Court.

The Court summarized the charges and advised the Defendants of their Rule 5 rights.

Paul Sisco made a limited appearance on behalf of Leo Joseph Govoni.

Matthew Mueller made a limited appearance on behalf of John Leo Witeck.

### Detention:

**Leo Joseph Govoni:**
The detention hearing is reset for Thursday, June 26, 2025, at 1:00 p.m. The Court orders Mr. Govoni temporarily detained pending the outcome of the detention hearing.

**John Leo Witeck:**
The Government does not seek detention. The defense requested Mr. Witeck's release from custody. The Court orders Mr. Witeck released from custody with special conditions, as outlined in the Order Setting Conditions of Release.

Court adjourned.